IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CHARLES LAWTON,** | | Case No. 1:17-cv-00737 MJS (HC) |
| | Petitioner, | **ORDER REOPENING CASE** |
| v. | | **ORDER AMENDING INSTRUCTIONS CONCERNING LIFTING OF STAY** |
| **WILLIAM MUNIZ,** | | **(ECF No. 16)** |
| | Respondent. | |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 29, 2017, this Court granted Petitioner's motion to stay this case pending exhaustion of five additional claims in state court pursuant to Kelly v. Small, 315 F.3d 1063, 1070-71 (9th Cir. 2003). (ECF No. 16.) In that Order, the Court directed the Clerk of Court to administratively close the case. (Id.)

Based upon a re-review of applicable administrative procedures, the undersigned issues the following amendment of and to that Order:

While the Kelly stay will remain in place, the Court hereby VACATES the direction to the Clerk of Court to administratively close the case.

IT IS HEREBY ORDERED that:

1

1      1.     The Clerk of Court reopen this case;

2      2.     The case shall remain stayed pursuant to the December 29, 2017 Order

3 (ECF No. 16);

4      3.     Petitioner shall file a status report every ninety days detailing his progress

5 in exhausting his unexhausted claims in the state courts.

6      4.     Petitioner shall file a motion to lift the stay within 30 days of the California

7 Supreme Court issuing a final order resolving Petitioner's unexhausted claims; and

8      5.     Petitioner shall file an amended habeas petition containing all claims,

9 including newly exhausted claims, with his motion to lift the stay.

10

IT IS SO ORDERED.

11

12    Dated:   January 2, 2018        /s/ *Michael J. Seng*

13                               UNITED STATES MAGISTRATE JUDGE